**STATE of Missouri, Respondent,**

v.

**Gary GUIDEN, Appellant.**

**No. ED 104031**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: June 6, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
13, 2017

FOR APPELLANT: Maleaner Ryan Harvey, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

FOR RESPONDENT: Joshua Hawley, Shuan J. Mackelprang, 221 West High Street, P.O. Box 899, Jefferson City, Missouri 65102.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary Gaertner, Jr., J.

## ORDER

### PER CURIAM

Gary Guiden appeals the judgment entered upon his conviction following a jury trial in the Circuit Court of the City of St. Louis of first-degree involuntary manslaughter and armed criminal action. Guiden was sentenced to a total of twenty years in prison. He raises two points of error, claiming that the court abused its discretion (1) by admitting the testimony of witness Karol Williams that there was physical violence in her relationship with Guiden, and (2) by refusing to allow Guiden to cross-examine Williams or present evidence about whether she and Jeronnia Graves ("Victim") had had sexual relations prior to the confrontation between Guiden and Victim that occurred in this case.

Finding no reversible error, we affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25.